UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY R. LEWIS,<br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of<br>Social Security,<br>        Defendant. | **JUDGMENT**<br><br>No. 7:19-CV-246-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 14, 2021, it is ordered that defendant pay to plaintiff $6,100.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on June 14, 2021, and Copies To:**
Kathleen S. Glancy (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

June 14, 2021                PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                      (By) Sandra K. Collins, Deputy Clerk